UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Joseph K. Thornton, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:18cv1427 UNA |
| Jason Lewis, *Warden Southeast Correctional Center*, | ) | |
| Respondent. | ) | |

## ORDER

The above styled and numbered case was filed on August 28, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable David D. Noce, United States Magistrate Judge, under cause number 1:18cv00214.

**IT IS FURTHER ORDERED** that cause number 4:18cv1427 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: August 28, 2018

By:/s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18cv00214 DDN.**